## ·LOVE v. TURNER.

PERFECTING APPEAL—RULE AGAINST STENOGRAPHER.—The safer practice is to apply for a rule against stenographer who fails to furnish transcript of record in time, in order to show due diligence and to apply to a Judge or Justice for an extension of time before expiration. Motion for further time to perfect appeal granted on terms. MR. CHIEF JUSTICE POPE *dissents.*

Motion by appellant, W. P. Love, against M. J. Turner, respondent, for time to perfect appeal.

The facts on which the motion was made are substantially: The case was tried at the March Term of the Court for Cherokee County; and appellant's attorneys immediately requested the court stenographer to furnish them a transcript of the record; and thereafter repeated ·the request several times. The stenographer says in his affidavit that he could not furnish the transcript before the time it was furnished (October), for the reason that his office was so crowded with work he could not reach this case sooner.

*Mr. J. C. Jeffries,* for the motion.

*Mr. W. S. Hall, Jr.,* contra.

December 18, 1906. PER CURIAM. This is a motion for further time within which to perfect the appeal herein. The Court, after much hesitation, has determined, though not unanimously, to grant the motion, but upon the following terms:

1. That the appellant shall perfect the appeal for hearing at the present term of Court, if the respondent so desires.

2. That the appellant shall pay $10 to defray the expenses of the respondent's attorney in attending the Supreme Court for the purpose of resisting said motion.

The Court takes this occasion to emphasize the necessity for applying for a rule against a stenographer who refuses

or fails to provide a report of the case within a reasonable time when requested, in order to show due diligence, and, furthermore, that the far safer practice is to apply to a Circuit Judge or Justice of the Supreme Court for an extension before the time has expired within which to perfect the appeal.

MR. CHIEF JUSTICE POPE *dissents, not from conditions but from granting the order.*